HANSON BRIDGETT LLP
ROBERT A. McFARLANE, SBN 172650
rmcfarlane@hansonbridgett.com
CHRISTOPHER S. WALTERS, SBN 267262
cwalters@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Plaintiff
ETTORE PRODUCTS CO.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ETTORE PRODUCTS CO., <br><br> Plaintiff, <br><br> v. <br><br> STARMAX RESOURCE LLC, <br><br> Defendant. | CASE NO. 15-cv-1493-NC <br><br> **[PROPOSED] ORDER ON STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO AUGUST 12, 2015** |

Pursuant to the stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the Initial Case Management Conference scheduled for July 8, 2015 is vacated, and is re-set to be held on August 12, 2015 in Courtroom 7, 4th Floor, San Jose Courthouse, at 10:00 a.m.  The other deadlines set in the Court's April 2, 2015 Order Setting Initial Case Management Conference and ADR Deadlines are continued accordingly.  Parties must file consent or declination no later than August 5, 2015.

IT IS SO ORDERED.

Dated: June 10, 2015        By: _____
Hon. Nathanael Cousins
Judge of the United States District Court,
Northern District of California

GRANTED
Judge Nathanael M. Cousins

11303539.1

-1-
ORDER CONTINUING INITIAL CASE MGMT. CONF.